1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | | |
|---|---|---|
| LEONARD FLORES, | ) | Case No. 2:16-cv-01676-RFB-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| WELLS FARGO BANK, N.A., et al., | ) | (Docket No. 39) |
| Defendant(s). | ) | |

11

Plaintiff(s),

12

vs.

13

14

WELLS FARGO BANK, N.A., et al.,

Defendant(s).

15

16          Pending before the Court is Plaintiff's motion.  Docket No. 39.  Defendant Wells Fargo filed a

17   response in opposition and Defendant Ten-X filed a joinder.  Docket Nos. 40-41.  The Court finds that

18   the motion lacks merit and, therefore, it is **DENIED**.

19          IT IS SO ORDERED.

20          DATED: December 29, 2016

21                                                     _____

22                                                     NANCY J. KOPPE
                                                       United States Magistrate Judge
23
24
25
26
27
28