# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD FLORES, | Case No. 2:16-cv-01676-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| WELLS FARGO BANK, N.A., et al., | (Docket No. 46) |
| Defendant(s). | |

Pending before the Court is Defendant Ten-X's motion to strike, filed on January 12, 2017. Docket No. 46. To date, no response has been filed. Although not entirely clear, it appears Plaintiff (who is appearing *pro se*) re-served his complaint with some additional handwritten notes. *See* Docket No. 46 at 3 & n.1; *see also id.* at 7-12. Defendant moves for an order striking the summons returned executed as to the service of that complaint, as well as an order clarifying that a responsive pleading is not required at this time. *See id.* at 3. In light of the lack of a response in opposition, the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d).[1]

IT IS SO ORDERED.

DATED: February 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] To the extent Plaintiff wishes to amend his complaint, he must file a proper motion seeking leave from the Court to do so. *See, e.g.*, Fed. R. Civ. P. 15; Local Rule 15-1.