Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       rperkins@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A,*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD FLORES,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A.; TEN-X, LLC; NATIONAL DEFAULT SERVICING CORP., INC.<br><br>        Defendants. | CASE NO. 2:16-cv-01676-RFB-NJK<br><br>**STIPULATION AND ORDER TO SERVE *PRO SE* PLAINTIFF ELECTRONICALLY** |

This *Stipulation to Serve Pro Se Plaintiff Electronically* ("Stipulation") is entered into as of the date below by and among *pro se* Plaintiff LEONARD FLORES ("*Pro se* Plaintiff"), Defendant WELLS FARGO BANK, N.A. ("Wells Fargo"), Defendant TEN-X, LLC ("Ten-X"), and Defendant NATIONAL DEFAULT SERVICING CORP., INC. ("NDSC," and collectively with *Pro se* Plaintiff, Wells Fargo, and Ten-X, the "Parties"), by and through their counsel, based on the following facts:

WHEREAS, pursuant to LR IC 4-1(b), "[p]arties and attorneys who are not filers must be served conventionally under applicable Federal Rules, statutes, or court orders";

WHEREAS, *Pro se* Plaintiff is not a filer in the court's electronic filing system;

4823-2960-6214

WHEREAS, to date, all pleadings and papers have been served on Plaintiff in paper form, in accordance with LR IC 4-1;

WHEREAS, at the March 28, 2017 hearing on Wells Fargo's *Motion to Dismiss* [ECF No. 17], *Pro se* Plaintiff's *Motion for Summary Judgment* [ECF No. 26], and *Pro se* Plaintiff's *Motion to Strike Invalid Exhibits* [ECF No. 33], *Pro se* Plaintiff provided the Parties with an e-mail address to be used for electronic filing purposes in the future (leonardprelv@gmail.com).

NOW, THEREFORE, for good cause, the Parties stipulate and agree as follows:

1. Upon entry of an *Order to Serve Pro Se Plaintiff Electronically*, the Parties will no longer be required to serve *Pro se* Plaintiff in paper form, as set forth in LR IC 4-1; instead, the Parties may serve *Pro se* Plaintiff electronically by e-mailing all filings to him at leonardprelv@gmail.com.

2. Good cause exists to serve *Pro se* Plaintiff electronically as opposed to paper form in light of *Pro se* Plaintiff's consent and production of an e-mail address to be used for that purpose.

**IT IS SO STIPULATED.**

DATED this 12th day of April, 2017.                DATED this 12th day of April, 2017.

SNELL & WILMER L.L.P.

/s/ Jennifer L. McBee                              *Leonard Flores* (used with permission)
Amy F. Sorenson (NV Bar No. 12495)                 Leonard Flores
Robin E. Perkins (NV Bar No. 9891)                 6876 Philharmonic Avenue
Jennifer L. McBee (NV Bar No. 9110)                Las Vegas, NV 89139
3883 Howard Hughes Parkway, Suite 1100             Phone: (702) 630-4488
Las Vegas, Nevada 89169                            Email: leonardprelv@gmail.com
Phone: (702) 784-5200
Fax: (702) 784-5252                                *Pro se Plaintiff*

*Attorneys for Defendant Wells Fargo Bank, N.A.*

///

///

- 2 -

4823-2960-6214

DATED this 12th day of April, 2017.   DATED this 12th day of April, 2017.

TIFFANY & BOSCO P.A.

  /s/ Kevin S. Soderstrom                     /s/ Robert A. Goldstein
Gregory L. Wilde (NV Bar No. 4417)       Robert A. Goldstein (NV Bar No. 5001)
Kevin S. Soderstrom (NV Bar No. 10235)   10161 Park Run Drive, Suite 150
212 South Jones Blvd.                    Las Vegas, NV 89145
Las Vegas, Nevada 89107                  Phone: (702) 582-7890
Phone: (702) 258-8200                    Fax: (702) 623-6292
Fax: (702) 258-8787

*Attorneys for Defendant National Default Servicing Corp., Inc.*

*Attorneys for Defendant Ten-X, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED: April 13, 2017, 2017

_____
UNITED STATES DISTRICT JUDGE

- 3 -

4823-2960-6214

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2017, I electronically filed the foregoing **STIPULATION AND ORDER TO SERVE *PRO SE* PLAINTIFF ELECTRONICALLY** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I have e-mailed the foregoing document to the *Pro se* Plaintiff, Leonard Flores, at leonardprelv@gmail.com.

DATED this 12th day of April 2017.

_____
An Employee of Snell & Wilmer L.L.P.

- 4 -

4823-2960-6214